HERMAN SCHUTEN, PLAINTIFF-RESPONDENT, v. DANIEL A. FERENCZI, DEFENDANT-PETITIONER.

Mr. *Andrew Lawrie*, for the petitioner.

Mr. *James J. Carroll* and Mr. *Frank Fink*, for the respondent.

October 1, 1951.   Denied.

ROBERT BASS, PETITIONER-PETITIONER, v. ALLEN HOME IMPROVEMENT COMPANY, RESPONDENT-RESPONDENT.

Messrs. *Rothbard, Harris & Oxfeld* and Mr. *Abraham L. Friedman*, for the petitioner.

Mr. *Andrew Lawrie*, for the respondent.

October 1, 1951.   Granted.

CHARLOTTE SCHULZ, ET AL., PLAINTIFFS-RESPONDENTS, v. GEORGE A. SCHULZ, Jr., DEFENDANT-PETITIONER.

Messrs. *Carpenter, Gilmour & Dwyer*, for the petitioner.

Mr. *John J. Wygant* and Mr. *Eugene T. Sharkey*, for the respondents.

October 1, 1951.   Denied.